UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

SALAZAR ROSARIO,

                                    Plaintiff,                        25-CV-07698 (SN)

                    -against-                                         ORDER


ACN TRUCKING CORP., et al,

                                    Defendants.

-------------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

On April 28, 2026, the parties consented to my jurisdiction, and this case was assigned to my docket. See ECF No. 28. By no later than Wednesday, May 13, 2026, the parties shall submit a proposed settlement for the Court's review and a letter explaining why the agreement is fair and reasonable and should be approved pursuant to Cheeks v. Freeport Pancake House, 796 F.3d 199 (2d Cir. 2015).

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:        April 29, 2026
              New York, New York